

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER OF STAY AND ABATEMENT FOR BANKRUPTCY

Appellate case name:        Francisco Corpus and Maria Castillo v. Victor Hugo Barrera, et al.

Appellate case number:    01-18-00137-CV

Trial court case number:  04-DCV-135,959

Trial court:                       268th District Court of Fort Bend County

Appellants have filed a Notice of Bankruptcy Proceeding informing this court that (1) one of the appellees, Pete Arriaga, filed a petition for relief under Chapter 13 of Title 11, United States Code, in Case 16-30201-H5-13 in the United States Bankruptcy Court for the Southern District of Texas; and (2) the bankruptcy remains pending. It is ordered that this appeal is stayed. *See* 11 U.S.C. § 362(a) (providing filed bankruptcy petition operates as automatic stay of actions against debtor or debtor's property). It is further ordered that this appeal is abated, treated as a closed case, and removed from this Court's active docket.

Until the parties notify the Court that the bankruptcy has been concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2. Appellants are ordered to provide this Court with a status report regarding the bankruptcy within **30 days** of this order.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket.  *See* TEX. R. APP. P. 8.3.


It is so ORDERED.


Judge's signature: /s/ Harvey Brown_____
                              Acting individually

Date:  August 23, 2018_____